█ 1592 SECOND AVENUE, LLC, Respondent, v SONIA TORRES HEDVAT, Appellant. [6 NYS3d 476]—

Judgment, Supreme Court, New York County (Louis B. York, J.), entered February 13, 2014, awarding plaintiff the total

sum of $177,895.85 based on a guarantee undertaken by defendant as inducement for a lease, unanimously affirmed, with costs.

The IAS court correctly determined that defendant was absolutely liable under the terms of the lease guarantee (*see e.g. Republic Natl. Bank of N.Y. v Haddad*, 121 AD2d 986 [1986]).

We have considered the remaining arguments and find them unavailing. Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Kapnick, JJ.